UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

JOSE RECIO-RONDON,

               Defendant.

---------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-1-22

20-CR-115 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea Hearing is set for **April 14, 2022** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             April 1, 2022

                                              _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge