UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

JOSE RECIO-RONDON,

                Defendant.

------------------------------------------------------------------- x

20-CR-115 (ALC)

**ORDER**

4-27-22

ANDREW L. CARTER, JR., District Judge:

    Today's Change of Plea Hearing is adjourned to **May 5, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
             April 14, 2022

                                          ANDREW L. CARTER, JR.
                                          United States District Judge