MEMO ENDORSED

**RUDY VELEZ**
ATTORNEY AT LAW

930 GRAND CONCOURSE
SUITE 1A
BRONX, NEW YORK 10451

TEL (917) 674-0573
rvesq@yahoo.com

August 4, 2022

By ECF
The Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-8-22

Re:  USA v. Jose Recio-Rondon
     20 Cr. 115 (ALC)

Dear Judge Carter:

My office represents Mr. Jose Recio-Rondon in the above captioned matter, which has a Sentencing Hearing scheduled for August 11, 2022.

On August 3, 2022 I tested positive for Covid-19 and because of this I will not be able to appear for the scheduled Sentencing Hearing.

I respectfully request an adjournment of the Sentencing Hearing to thirty (30) days or any date thereafter convenient to the Court.

The government, by way of A.U.S.A. Jacob H. Gutwilling consents to this request for adjournment.

Thank you very much your consideration.

Rudy Velez, Esq.
Attorney for defendant
Jose Recio-Randon

Cc: A.U.S.A. Jacob Gutwilling, Esq.

The application is granted. Sentencing adjourned to 9/29/22 at 3:30 p.m. So Ordered.

Andrew L. Carter Jr.
8-8-22